IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROSA ELENA CAISAGUANO CAJILEMA, Individually and as Next Friend of Minor Child E.V.Z.C., <br><br> *Petitioners*, <br><br> VS. <br><br> KRISTI NOEM, in Her Official Capacity as Secretary of the United States Department of Homeland Security; PAMELA JO BONDI, in Her Official Capacity as Attorney General of the United States; TODD M. LYONS, in His Official Capacity as Acting Director, U.S. Immigration and Customs Enforcement; DAREN MARGOLIN, in His Official Capacity as Acting Director of the Executive Office Immigration Review; JOHN DOE, in His Official Capacity as the Warden of the Dilley Immigration Processing Center in Dilley, Texas; and SYLVESTER M. ORTEGA, San Antonio Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, <br><br> *Respondents*. | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-26-CV-629-FB |

## ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT

Before the Court is Petitioner's Verified Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Request for Emergency Temporary Restraining Order (ECF No. 1) filed by Petitioner Rosa Elena Caisaguano Cajilema, Individually and as Next Friend of Minor Child E.V.Z.C., who are currently detained in the South Texas Family Residential in Dilley, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Verified Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, of those same documents

shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondent. *See* FED. R. CIV. P. 4(i). Service should be directed to:

Stephanie Rico, the Civil Process Clerk
United States Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Warden, South Texas Family Residential Center, with copies of the Verified Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, of those same documents will constitute sufficient service of process unless otherwise contested. Service should be directed to:

Warden, South Texas Family Residential Center
Dilley Immigration Processing Center
300 El Rancho Way
Dilley, TX 78017.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5) days of the date of service. In preparing their response, if this case concerns, in whole or in part, whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the following prior court orders issued in the San Antonio Division of the Western District of Texas addressing this question and note any material factual differences:** *Vega-Vega v. Bondi,* No. SA-25-CV-1869-JKP at docket entry number 6 (W.D. Tex. Jan. 6, 2026); *Gonzalez-Gomez v. Bondi*, No. SA-25-CV-1861-JKP at docket entry number 7 (W.D. Tex. Jan 6, 2026); *Jaimes v. Lyons,* No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV-1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem,* No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025)*; Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025). Failure to do so may result in a summary order granting all relief requested in the

petition on that issue other than the request for attorney's fees. In lieu of a full response, Respondents may choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, if Petitioners elect to file a reply, Petitioners may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated removal or transfer of Petitioners Rosa Elena Caisaguano Cajilema and/or Minor Child E.V.Z.C is IMMEDIATELY STAYED[1] until further order from this Court. Respondents shall not transfer Petitioners Rosa Elena Caisaguano Cajilema and/or Minor Child E.V.Z.C outside of this judicial district during the pendency of this litigation and until further Order of this Court.**

It is so ORDERED.

SIGNED this 2nd day of February, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] *See Maldonado v. Lyons,* Case No. 5:26-CV-0112-JKP, 2026 WL 196521196521, at *2 (W.D. Tex. Jan. 20, 2026) (stay of removal and transfer by Court is proper exercise of Court's inherent power to preserve ability to hear case and "address the matters raised in the instant habeas petition").