IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROSA ELENA CAISAGUANO CAJILEMA, Individually and as Next Friend of Minor Child E.V.Z.C., | § § § § | |
| *Petitioners*, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-26-CV-629-FB |
| KRISTI NOEM, in Her Official Capacity as Secretary of the United States Department of Homeland Security; PAMELA JO BONDI, in Her Official Capacity as Attorney General of the United States; TODD M. LYONS, in His Official Capacity as Acting Director, U.S. Immigration and Customs Enforcement; DAREN MARGOLIN, in His Official Capacity as Acting Director of the Executive Office Immigration Review; JOHN DOE, in His Official Capacity as the Warden of the Dilley Immigration Processing Center in Dilley, Texas; and SYLVESTER M. ORTEGA, San Antonio Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, | § § § § § § § § § § § § § § § | |
| *Respondents*. | § § | |

## ***ORDER OF DISMISSAL WITHOUT PREJUDICE AND FINAL JUDGMENT***

Before the Court is status of the above-styled and numbered cause. On February 17, 2026, the Reply to Respondents's Response to Petition for Habeas Corpus Considering Fifth Circuit Precedent (ECF No. 6) was filed. In the Reply, Petitioners advise they "have been released from the Dilley Immigration Processing Center and have been ordered to report to the Saint Paul (Minnesota) Ice [sic] Office on March 3, 2026 at 8 a.m. CST." *Id.* at page 2. No further filings have been made in this case. Therefore, because the Petitioners have been released from detention, the Court finds that the pending habeas petition is now moot.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITHOUT PREJUDICE as MOOT.  Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 28th day of April, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE